UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa M. Brabbit, as Trustee for the next-of-kin of Richard Bild,<br><br>Plaintiff,<br><br>v.<br><br>Frank Capra, et al.,<br><br>Defendants. | Civil File No. 19-cv-3062 DWF/ECW |

## STATEMENT OF NO REDACTION

Exhibit 30 to the Declaration of Stephanie Angolkar is filed under seal because the information contains confidential medical information regarding non-parties and redaction is impracticable.

2

Dated:  May 27, 2021							 s/Stephanie A. Angolkar
Jason M. Hiveley, #311546
Stephanie A. Angolkar, #388336
Andrew A. Wolf, #398589
Aaron M. Bostrom, #401773
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@iversonlaw.com
stephanie@iversonlaw.com
andrew@iversonlaw.com
aaron@iversonlaw.com

*Attorneys for Defendants Frank Capra, Stephanie Kaphing, Cayci Nelson, Katelyn Schlief, Christopher Ahles, Vince Scheele, Chris Stellmach, Roger Heinen and Washington County*