UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa M. Brabbit, as Trustee for the next-of-kin of Richard Bild,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Frank Capra, et al.,<br><br>　　　　　　Defendants. | Civil File No. 19-cv-3062 DWF/ECW |

### PROPOSED ORDER

On July 16, 2021, the above-entitled matter came on for hearing before the undersigned United States District Court Judge.

The Court, having heard the arguments of counsel, being fully advised on the premises, and upon the pleadings, motions, and memoranda filed herein, makes the following Order:

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [ECF Docket No. 29] is hereby granted and that judgment be entered herein in Defendants' favor dismissing this action with costs and disbursements to be taxed in favor of Defendants and against the Plaintiff.

Dated: _____　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Donovan W. Frank