# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
SEALED HEINEN EX 1: CCTV VIDEO

Lisa M. Brabbit, as Trustee for the
next-of-kin of Richard Bild,

Plaintiff(s)

v.                                                    Case Number: 19-cv-3062 DWF/ECW

Frank Capra, et al.,

Defendant(s)

This document is a Placeholder for the following item(s) which are filed in
conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT.
FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☒ Physical Object (description):  External harddrive of jail video – filed under SEAL – Certificate filed in replacement of HSI Certificate Doc. 32

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: *Enter Description*

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).