# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Lisa M. Brabbit, *as Trustee for the next-of-kin of Richard Bild*,     Plaintiff(s) | **COURT MINUTES**<br>**BEFORE: Donovan W. Frank**<br>**United States District Judge** |
| v. | |
| Frank Capra, *in his individual capacity as a Washington County Jail Sergeant*, Stephanie Kaphing, Cayci Nelson, *in their individual capacities as Washington County Jail nurses*, Katelyn Schlief, Vince Scheele, Chris Stellmach, in *their individual capacities as Washington County Jail Correctional Officers*, Roger Heinen, *in his official capacity as the Washington County Jail Commander*, Washington County     Defendant(s). | Case Number: CV 19-3062 DWF/ECW<br>Date: July 16, 2021<br>Court Reporter: Lynne Krenz<br>Courthouse: St. Paul<br>Courtroom: via VIDEO/ZOOM<br>Time Commenced: 10:32 AM<br>Time Concluded: 11:53 AM<br>Sealed Time in Court:<br>Time in Court: 1 Hour & 21 Minutes |

APPEARANCES:

Plaintiff:  Andrew Noel, Marc Betinsky, Jeffrey Montpetit, Robert Bennett, Kathryn H Bennett
Defendant:  Stephanie Angolkar, Jason Hiveley, Aaron Bostrom

PROCEEDINGS:

Hearing on:  MOTION for Summary Judgment filed by Christopher Ahles, Frank Capra, Roger Heinen, Stephanie Kaphing, Cayci Nelson, Vince Scheele, Katelyn Schlief, Chris Stellmach, Washington County. (Angolkar, Stephanie) (Doc. No. 29)

IT IS ORDERED:

    ☒ **Submitted**
    ☒ Written order forthcoming.
    .

                                                                      s/L. Sampson
                                                                    Courtroom Deputy