UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Brabbit, as Trustee for the next of kin of Richard Bild,<br><br>Plaintiff,<br><br>v.<br><br>Frank Capra, *et al.*,<br><br>Defendants. | Case No. 19-cv-3062 (DWF/ECW)<br><br><br>**ORDER** |

This matter is before the Court upon the parties' Joint Motion Regarding Continuing Sealing (Dkt. 50) pursuant to Local Rule 5.6(d) concerning documents filed under seal (Dkts. 36, 36-1 through 36-15, 42) in support of Defendants' Motion for Summary Judgment (Dkt. 29).

The parties agree that Docket Entry 42 should be unsealed. As such, this entry will be unsealed in accordance with the Local Rules.

The parties agree that Docket Entries 36, 36-1 through 36-15 should remain under seal, as they contain either minor children's names, non-party inmate names with respect to their medical issues, or contain information regarding suicide attempts by other inmates. Redacted versions of Docket Entries 36, 36-1 through 36-9 and 36-15 are publicly available.

Based on these representations and the Court's review of the documents, the Court concludes that the need to protect the privacy of a minors and non-parties under seal

outweighs the public's right of access.  See Fed. R. Civ. P. 5.2; L. R. D. Minn. 5.6(d) *advisory committee's note*; *IDT Corp. v. eBay*, 709 F.3d 1220, 1224 (8th Cir. 2013).

Based upon on the motion and the documents filed under seal, as well as all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the parties' Joint Motion Regarding Continuing Sealing (Dkt. 50) is **GRANTED** as follows:

1. Docket Entry 42 be **UNSEALED** in accordance with the Local Rules.

2. Docket Entries 36, 36-1 through 36-15 will remain **SEALED**.

Dated: September 22, 2021

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge